# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-01445-GPG

NICHOLAS J. TRUJILLO,

    Plaintiff,

v.

EL PUEBLO BOYS AND GIRLS RANCH, and
CATHY BOTTOM,

    Defendants.

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE GORDON P. GALLAGHER

    Plaintiff's Motion to Show Cause/Request of Records and Extension of Time (ECF No. 13) is GRANTED IN PART and DENIED IN PART as follows:   Plaintiff shall have up to and including **November 6, 2015**, to show cause as directed in the court's Order to Show Cause (ECF No. 10).   Mr. Trujillo is reminded that this action will be dismissed without further notice if he fails to show good cause within the time allowed.   The request for an order directing Defendants to disclose records is DENIED.

Dated:   October 6, 2015