IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-01445-LTB

NICHOLAS J. TRUJILLO,

    Plaintiff,

v.

EL PUEBLO BOYS AND GIRLS RANCH, and
CATHY BOTTOM,

    Defendants.

---

## JUDGMENT

---

    Pursuant to and in accordance with the Order of Dismissal entered by Lewis T. Babcock, Senior District Judge, on November 16, 2015, it is hereby

    ORDERED that Judgment is entered in favor of Defendants and against Plaintiff.

    DATED at Denver, Colorado, this 16 day of November, 2015.

                                  FOR THE COURT,

                                  JEFFREY P. COLWELL, Clerk

                                  By: s/ A. García Gallegos
                                        Deputy Clerk