**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 15-cv-01445-LTB

NICHOLAS J. TRUJILLO,

    Plaintiff,

v.

EL PUEBLO BOYS AND GIRLS RANCH, and
CATHY BOTTOM,

    Defendants.

## MINUTE ORDER

ORDER ENTERED BY SENIOR JUDGE LEWIS T. BABCOCK

    Plaintiff's "Motion to Act and to File Criminal Charges" (ECF No. 18) filed November 23, 2015, is DENIED because the instant action was dismissed by order filed on November 16, 2015.

Dated:   November 24, 2015